UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  21cr10245 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| (1) CRISTOPHER SAMUEL MARTINEZ LARA, | ) | Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl |
| (2) JAVIER SANTIAGO TORRES, | ) | (21 U.S.C. § 846) |
| | ) | |
| | ) | Counts Two through Eight: Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting |
| | ) | (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2) |
| Defendants | ) | Count Nine: Possession with Intent to Distribute 400 Grams or More of Fentanyl; Aiding and Abetting |
| | ) | (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2) |
| | ) | Forfeiture Allegation: |
| | ) | (21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From on or about February 1, 2021, through on or about July 29, 2021, in Everett, Lawrence, and Boston, in the District of Massachusetts, and elsewhere, the defendants,

1

(1) CRISTOPHER SAMUEL MARTINEZ LARA,
(2) JAVIER SANTIAGO TORRES,

conspired with each other and with other persons unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) CRISTOPHER SAMUEL MARTINEZ LARA, (2) JAVIER SANTIAGO TORRES Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to (1) CRISTOPHER SAMUEL MARTINEZ LARA, (2) JAVIER SANTIAGO TORRES



All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about March 22, 2021, in Lawrence, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT THREE
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about April 7, 2021, in Lawrence, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT FOUR
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about April 20, 2021, in Everett, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA and
(2) JAVIER SANTIAGO TORRES,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT FIVE
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about May 7, 2021, in Lawrence, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT SIX
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about May 19, 2021, in Boston, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about June 14, 2021, in Everett, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 27, 2021, in Boston, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

<u>COUNT NINE</u>
Possession with Intent to Distribute
400 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 29, 2021, in Everett, in the District of Massachusetts, and elsewhere, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA and
(2) JAVIER SANTIAGO TORRES,

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 846 and 841, set forth in Counts One through Nine, the defendants,

(1) CRISTOPHER SAMUEL MARTINEZ LARA,
(2) JAVIER SANTIAGO TORRES,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
K. NATHANIEL YEAGER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: August 11, 2021
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK